# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2248

_____

Raphael Mendez

*Plaintiff - Appellant*

v.

FMC Rochester, Minnesota; Mr. Beadling, Correctional Officer; Steve Kallis, Warden, SiS; Mr. C. Orum, Unit 1/2 Manager

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: October 13, 2022
Filed: October 20, 2022
[Unpublished]

_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Raphael Mendez appeals the district court's[1] dismissal of his complaint against Federal Medical Center Rochester and three staff members. Having

---

[1]The Honorable Katherine M. Menendez, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable John F. Docherty, United States Magistrate Judge for the District of Minnesota.

carefully reviewed the record and the parties' arguments on appeal, we conclude the complaint failed to state a claim upon which relief could be granted. *See Star City Sch. Dist. v. ACI Bldg. Sys., LLC*, 844 F.3d 1011, 1016 (8th Cir. 2017) (reviewing a dismissal for failure to state a claim de novo); *see also Russell v. Anderson*, 966 F.3d 711, 720 (8th Cir. 2020) (applying the plain-error standard to unpreserved issues in civil cases). We accordingly affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____